

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| WILLIE BROWN<br>    LA. DOC #111065<br>VS. | CIVIL ACTION NO. 07-1787<br>SECTION P |
| MYRTLE HARDWELL, et al. | JUDGE DRELL<br>MAGISTRATE JUDGE KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law,

**IT IS ORDERED** that petitioner's civil rights complaint (42 U.S.C. §1983) be **DISMISSED** in accordance with the provisions of FRCP Rule 41(b).

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 18th day of June, 2008.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE